IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIMMIE HARRELL AND
ROSE M. HARRELL                                                                                  PLAINTIFFS

VS.                                              CIVIL ACTION NO. 2:19-cv-89-KS-MTP

AIG PROPERTY CASUALTY COMPANY
AND XYZ INSURANCE COMPANIES 1-4

ORDER

THIS CAUSE IS BEFORE THE COURT on Joint Motion to Dismiss [54] filed by the parties wherein they request that Count II be dismissed without prejudice and Count III be dismissed with prejudice.

The Court finds that the motion is well taken and Count II is hereby DISMISSED WITHOUT PREJUDICE and Count III is DISMISSED WITH PREJUDICE.

SO ORDERED this the __2nd____ day of October, 2020.


_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE